✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**File Hashes for IP Address 68.80.249.165**

**ISP:** Comcast Cable
**Physical Location:** Philadelphia, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/28/2013 22:54:08 | 38807327F4A38D5C5EB50A416FB8F5909762379B | Up Close and Personal |
| 07/28/2013 22:30:55 | AAA5AA3D328CB3110332078BBDB1B76E612203C0 | Make me Feel Beautiful |
| 07/18/2013 19:10:43 | E16F96AC819F7AA5A9AABFB5823CC124969333D8 | Pool Party For Three |
| 07/18/2013 19:03:02 | 304F7B486AD5BF2FCF4C7BA6070B7FB4B37655A0 | Stay for a While |
| 07/18/2013 18:56:34 | 0A63FCA5D96BFCBFA5ACE834F11DCB9D733C3818 | Hot Chocolate |
| 06/30/2013 20:15:10 | FC238FC417553EB485F797939919C8B9098ADEFA | A Wonderful World |
| 06/30/2013 19:58:08 | 870136394423A407222093A4D10E18EFC70D24C9 | Truth or Dare |
| 06/30/2013 19:54:15 | 5BD8F8A1E7197CC14523D64543C02EF7A40859E2 | Meet Me in Madrid |
| 06/30/2013 19:52:46 | 45D93961A97C6E4C4EA0779523F4E07CD066BAC3 | Model Couple |
| 06/30/2013 19:52:27 | 4C942F502D806862ADB69D416BD7CE748A74E9E0 | Bad Girls |
| 06/30/2013 19:32:16 | 24611441049DF8ADF2F98C75A6D9BEFD26E701FF | Oh Mia |
| 05/04/2013 13:25:51 | 7A1C35F909C19B6CA5D36120E2C2199238121802 | Simply Stunning |
| 04/20/2013 17:59:02 | 14D8DFC3D1EE56E2EF0F82FED3F0B56384197EE5 | Rose Petals |
| 04/20/2013 17:48:35 | CA28C0287F7AAED4BFAD9DF43EDE78AF23FA3224 | Fashion Models |
| 03/10/2013 15:06:17 | 693EC62B06A51AF832EB0C45FA2F2463B0A7719E | Mad Passion |
| 03/10/2013 15:03:04 | 8F0D4255E71339A45FBF617873E0AE681FE4172D | Tuesday Morning |

**Total Statutory Claims Against Defendant: 16**

EPA184

EXHIBIT A

## Copyrights-In-Suit for IP Address 68.80.249.165

**ISP:** Comcast Cable
**Location:** Philadelphia, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Wonderful World | PA0001847651 | 05/27/2013 | 06/17/2013 | 06/30/2013 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 06/30/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 04/20/2013 |
| Hot Chocolate | PENDING | 07/11/2013 | 08/02/2013 | 07/18/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/10/2013 |
| Make me Feel Beautiful | PENDING | 07/25/2013 | 08/01/2013 | 07/28/2013 |
| Meet Me in Madrid | PA0001847658 | 06/12/2013 | 06/30/2013 | 06/30/2013 |
| Model Couple | PA0001852677 | 06/22/2013 | 06/27/2013 | 06/30/2013 |
| Oh Mia | PA0001852674 | 06/28/2013 | 07/05/2013 | 06/30/2013 |
| Pool Party For Three | PENDING | 07/13/2013 | 08/01/2013 | 07/18/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/20/2013 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 05/04/2013 |
| Stay for a While | PENDING | 07/05/2013 | 08/02/2013 | 07/18/2013 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 06/30/2013 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 03/10/2013 |
| Up Close and Personal | PENDING | 07/21/2013 | 08/01/2013 | 07/28/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 16**